ROEDER, APPELLEE, *v.* GRANGE MUTUAL CASUALTY COMPANY, APPELLANT.

[Cite as *Roeder v. Grange Mut. Cas. Co.,*
98 Ohio St.3d 389, 2003-Ohio-1487.]

(Nos. 2002–0587 and 2002–0818—Submitted February
25, 2003—Decided April 9, 2003.)

{¶ 1}  Appellee's motion to dismiss the appeal is denied.

{¶ 2}  The judgment of the court of appeals is reversed, and the cause is remanded to that court on the authority of *Hillyer v. State Farm Fire & Cas. Co.,* 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

Stanley B. Dritz and Melissa R. Lipchak, for appellee.

Gallagher, Gams, Pryor, Tallan & Littrell, L.L.P., James R. Gallagher and Crystal R. Richie, for appellant.